UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth R. Holland</u>

    v.                               Civil No. 12-cv-455-JL

<u>Stoddard, Town Zoning Board
of Adjustment, et al.</u>

**<u>O R D E R</u>**

The preliminary pretrial conference currently scheduled for January 31, 2013 is continued until further notice.  Further, the court has undertaken active consideration of the pending motions (docs no. 5, 8, 10).  It is the court's practice to hear oral argument on all dispositive motions.  Any party preferring that the court decide the motions on the written filings, without oral argument, should notify the Deputy Clerk by **January 28, 2013**.  If there is any reason that the court should not actively consider the case at this time (such as an imminent settlement, resolution of the issues in question, or planned, potentially successful mediation), counsel are requested to notify the Deputy Clerk immediately, or at the earliest practicable opportunity.

    **SO ORDERED.**

                                                    Joseph N. Laplante
                                                    United States District Judge

Dated: January 24, 2013

cc:  Jason A. Czekalski, Esq.
     Matthew R. Serge, Esq.
     Homer S. Bradley, Jr., Esq.