```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kenneth R. Holland

    v.

                                        Civil No. 12-cv-455-JL

Stoddard, Town Zoning Board
of Adjustment, et al.

## O R D E R

On January 31, 2013, the New Hampshire Supreme Court suspended Jason A. Czekalski, Esq., from the practice of law on an immediate interim basis.  The New Hampshire Supreme Court also appointed Stephen A. Cherry, Esq., and directed him to take specified actions to protect the legal and financial interests of Attorney Czekalski's clients.  The New Hampshire Supreme Court's order is attached as an exhibit to this order.

Pertinent to this case, the New Hampshire Supreme Court directed Attorney Cherry to (1) review Attorney Czekalski's client files and take such action as he deems necessary to protect the interests of the clients, and (2) notify Attorney Czekalski's clients of his suspension, inform them of any action that appears to be required in the immediate future in order to preserve their legal rights, and advise them that they should obtain the services of another lawyer of their choice.  The Clerk of Court has contacted Attorney Cherry and he has agreed that his obligations as outlined in the New Hampshire Supreme Court's appointment order apply to this case.

Thus, in order to permit Attorney Cherry adequate time to perform the duties outlined above, this court will continue the pending motion hearing presently scheduled for March 6, 2013. Additionally, on or before April 8, 2013, the plaintiff shall file a pro se appearance or have new counsel file an appearance to represent him in this case. <u>See</u> LR 83.6. The Deputy Clerk shall reschedule the pending motion hearing for a date after May 15, 2013. The parties shall also file a revised discovery plan on or before May 15, 2013.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: February 7, 2013

cc:   Stephen A. Cherry, Esq.
      Jason A. Czekalski, Esq.
      Matthew R. Serge, Esq.
      Homer S. Bradley, Jr., Esq.
      Kenneth R. Holland