UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth R. Holland</u>

     v.                                                 Civil No. 12-cv-455-JL

<u>Stoddard, Town Zoning Board of Adjustment, et al.</u>

O R D E R

    Attrorney Stephen A. Cherry was appointed by the New Hampshire Supreme Court to take specified actions to protect the legal and financial interests of Mr. Holland's suspended counsel, Jason A. Czekalski, Esq.

    On February 7, 2013, the Court issued an order outlining Mr. Holland's status of counsel. Attorney Cherry has indicated to the Court, pursuant to a telephone call, that he did in fact provide Mr. Holland with a copy of the February 7th Order and advised him that on or before April 8, 2013, the plaintiff was ordered to file a pro se appearance or have new counsel file an appearance to represent him in this case.

    As neither a pro se appearance nor appearance by counsel has been filed, this case is dismissed without prejudice under LR 83.6(d).

    **SO ORDERED**.

Joseph N. Laplante
United States District Judge

Dated: April 30, 2013

cc:    Kenneth R. Holland
        Matthew Serge, Esq.
        Homer Bradley, Jr., Esq.